NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1371

TRIUNE STAR, INC.,

Plaintiff-Appellant,

v.

THE WALT DISNEY COMPANY and WDIG MOBILE, LLC (doing business as Disney Mobile),

Defendants,

and

PANTECH & CURITEL COMMUNICATIONS, INC., PANTECH CO. LTD., PANTECH WIRELESS, INC., LG ELECTRONICS, INC., and LG ELECTRONICS MOBILECOMM USA, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Central District of Illinois in case no. 07-CV-1256, Judge Michael M. Mihm.

ON MOTION

<u>ORDER</u>

The appellees submit an objection to the official caption and abbreviated caption.

Pursuant to Fed. R. App. P. 12(a), it is the court's usual practice to include all parties in the official caption, even if the parties are not participating on appeal. Pursuant to that rule, the court also usually lists the parties in the order listed on the district court's docket sheet. Thus, The Walt Disney Company should have been included first in the official caption and in the abbreviated caption.

The abbreviated caption is a permissible substitute for using the entire official caption on certain documents, but it has no other significance.

Accordingly,

IT IS ORDERED THAT:

The revised official caption is reflected above. The abbreviated caption shall read "TRIUNE STAR v. WALT DISNEY CO., 2009-1371".

FOR THE COURT

__JUN 2 6 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Keith V. Rockey, Esq.
Patrick J. Kelleher, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 26 2009

JAN HORBALY
CLERK

2009-1371                                              - 2 -